Order entered August 20, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00856-CV

## IN THE INTEREST OF C.S.B. AND R.D.B., CHILDREN

On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-11-15158

## ORDER

Before the Court is appellant's August 3, 2015 motion requesting a new trial pursuant to Texas Rule of Appellate Procedure 34.6(f). *See* TEX. R. APP. P. 34.6(f). In her motion, appellant contends the reporter's record contains only copies of the trial exhibits, some of the exhibits are missing altogether, and other exhibits are incomplete. We **GRANT** appellant's motion as follows:

We **ORDER** the Honorable Kim Cooks, Presiding Judge of the 255th Judicial District Court, to conduct a hearing, **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER**, and make findings of fact regarding the following:

1.      whether the exhibits filed are originals or copies of the originals;

2.      if the exhibits filed are copies, whether the original exhibits have been lost or destroyed without appellant's fault;

3.    if the exhibits were lost or destroyed, whether they are necessary to the appeal's resolution; and

4.    if the exhibits were lost or destroyed, whether they can be replaced by agreement of the parties or with copies determined by the trial court to accurately duplicate with reasonable certainty the original exhibits.

We **ORDER** Felicia Pitre, Dallas County Clerk, to file, **WITHIN FORTY-FIVE DAYS OF THE DATE OF THIS ORDER**, a supplemental clerk's record containing the trial court's written findings of fact.

We **ORDER** Joie Rivera, Official Court Reporter of the 255th Judicial District Court, to file, **WITHIN FORTY-FIVE DAYS OF THE DATE OF THIS ORDER**, the reporter's record from the hearing.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Cooks, Ms. Pitre, Ms. Rivera, and all counsel of record.

We **ABATE** this appeal to allow the trial court to comply with this order.  The appeal will be reinstated forty-five days from the date of this order or when the supplemental clerk's record containing the trial court's findings and the reporter's record for the hearing are filed, whichever occurs sooner.

/s/    ELIZABETH LANG-MIERS
       JUSTICE